IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Nicolasa Gomez              )
                            )
        Plaintiff,           )
                            )
    v.                      )       No. 13 C 8717
                            )
PolyOne Corporation, et al., )
                            )
        Defendants.          )

## MEMORANDUM ORDER

This recently-filed employment discrimination action has been assigned at random to this Court's calendar, and it has issued its customary order setting an initial status hearing date. In the meantime, however, counsel for plaintiff Nicolasa Gomez is ordered to supplement her Complaint in two respects:

   1. Because Complaint ¶ 6 refers to Gomez' receipt of a EEOC right-to-sue letter without specifying the date of receipt, it is impossible to determine from the Complaint alone whether this action was timely filed.

   2. Because the Complaint asserts more than one ground for potential relief, while Complaint ¶ 5 refers to but does not attach a copy of Gomez' Charge of Discrimination, the Complaint also does not reveal whether each of her theories of recovery is or is not within the scope of that Charge of Discrimination.

Accordingly Gomez' counsel is ordered to file, on or before December 23, 2013, a supplement to the Complaint comprising

copies of both the right-to-sue letter and the Charge Of Discrimination.  This Court will then determine whether anything further needs to be done before the scheduled initial status hearing.

_____
Milton I. Shadur
Senior United States District Judge

Dated: December 17, 2013