IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NICOLASA GOMEZ                    )
                                  )
              Plaintiff,          )
                                  )
        v.                        )        No. 13 C 8717
                                  )
POLYONE CORPORATION, et al.,      )
                                  )
              Defendants.         )

MEMORANDUM ORDER

In response to this Court's written directive that Title VII

claimant Nicolasa Gomez ("Gomez") should supplement her Complaint

by submitting copies (1) of her Charge of Discrimination

("Charge") referred to in Complaint ¶ 5 and (2) of the EEOC's

right-to-sue letter referred to in Complaint ¶ 6, Gomez' counsel

has provided copies of the requested documents on December 20.

This memorandum order is issued sua sponte because one aspect of

Gomez' currently asserted claims is precluded by the contents of

her Charge.

In that document Gomez placed a "X" in the box marked "Sex"

as the only asserted basis for the discriminatory treatment that

she claims to have received.  Moreover, that same ground is the

only one mentioned in her narrative statement in the section of

the Charge that asks the claimant to describe the particulars of

the claimed discrimination.  And even more specifically, Gomez

failed to place an "X" in the Charge's box marked "Retaliation,"

nor did she refer to any claim of retaliation in her narrative.

All of that being so, Gomez's Count III labeled "Retaliation" cannot be advanced in this action, because any retaliation (if it in fact occurred) necessarily antedated her EEOC Charge. Hence Count III is stricken and need not be answered by defendants.

_____
Milton I. Shadur
Senior United States District Judge

Dated:    December 27, 2013